IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NATHAN J. KOHLHAAS,**

**Plaintiff,**

**v.**

**TECO BARGE LINE, INC.,**

**Defendants.**     No. 06-102-DRH

ORDER

**HERNDON, District Judge:**

     Before the Court is Attorney Marc. W. Parker's motion to withdraw as counsel in the above-captioned matter (Doc. 14) and Defendant's response to the motion to withdraw (Doc. 15). The Court, being fully advised of the circumstances, **GRANTS** Attorney Parker's motion and **WITHDRAWS** Attorney Parker from this matter. (Doc. 14.) Plaintiff is granted 45 days to retain new counsel or to advise the Court of his decision to proceed without counsel. If Plaintiff fails to retain new counsel or enter his appearance within 45 days of this order, Defendants may file a motion to dismiss this matter. The Plaintiff is advised that his failure to comply with this order could result in his case being dismissed. Plaintiff's original counsel, Mr. Parker, is directed to send a copy of this order to Plaintiff's last known address.

     **IT IS SO ORDERED.**

     Signed this 30th day of August, 2006.

     /s/     David   RHerndon
**United States District Judge**