IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NATHAN J. KOHLHAAS,**

**Plaintiff,**

**v.**

**TECO BARGE LINE, INC.,**

**Defendants.**                                                                                   **No. 06-102-DRH**

### ORDER

**HERNDON, District Judge:**

Before the Court is Defendant TECO Barge Line, Inc.'s Motion to Dismiss (Doc. 17), filed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and this Court's Order dated August 30, 2006 (Doc. 16).  The Court, having considered TECO Barge Line, Inc.'s Motion to Dismiss, and being fully apprised of the matters stated therein, **GRANTS** the Motion to Dismiss. (Doc. 17.) Plaintiff's lawsuit against TECO Barge Line, Inc. is hereby **DISMISSED** without prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

Signed this 17th day of October, 2006.

                                                                              /s/         David    RHerndon
                                                                              **United States District Judge**